**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DIANE QUAADMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| ZWICKER & ASSOCIATES, P.C. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, DIANE QUAADMAN (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, ZWICKER & ASSOCIATES, P.C., (Defendant):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692, *et seq.*

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Illinois, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Chicago, Cook County, Illinois.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection law firm with a business office in Andover, Massachusetts.

10. Defendant is a collection law firm that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant communicated with Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, CHASE BANK USA, N.A. (CHASE), with an account number ending in 4983 (Defendant's File ID: 3652271). *See* Defendant's collection letter regarding the CHASE debt, dated December 15, 2009, attached hereto as Exhibit A.

13. The debt allegedly owed to CHASE is for a consumer account. *See* Exhibit A.

14. Plaintiff's alleged debt owed to CHASE arises from transactions for personal, family, and household purposes. *See* Exhibit A.

15. On or about December 15, 2009, Defendant sent Plaintiff the letter, attached as Exhibit A, regarding the CHASE debt with an account number ending in 4983. *See* Exhibit A.

16. Defendant's letter attached as Exhibit A is printed on Defendant law firm's letterhead.

17. Plaintiff believed Defendant's letter, attached as Exhibits A, meant that legal action has been, or soon will be, brought against Plaintiff.

18. Defendant did not intend to take legal action against Plaintiff at the time Defendant mailed the December 15, 2009 letter (Exhibits A) to Plaintiff, as Defendant's letters state, "at this time, no attorney with this firm has personally reviewed the particular circumstances of [Plaintiff's] account." *See* Exhibit A.

19. As of the filing of this Complaint, Defendant has not taken any legal action against Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

20. Defendant violated the FDCPA based on the following:

    a. Defendant violated § 1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

    b. Defendant violated § 1692e(3) of the FDCPA by falsely representing or implying that a communication is from an attorney.

    c. Defendant violated § 1692e(5) of the FDCPA by threatening to take legal action against Plaintiff even though Defendant has not and does not intend to take such action.

    d. Defendant violated § 1692e(10) of the FDCPA using false and deceptive means in an attempt to collect a debt.

WHEREFORE, Plaintiff, DIANE QUAADMAN, respectfully requests judgment be entered against Defendant, ZWICKER & ASSOCIATES, P.C., for the following:

21. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

23. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, DIANE QUAADMAN, demands a jury trial in this case.

Dated: December 1, 2010

RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss

Michael S. Agruss
California SBN: 259567
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorney for Plaintiff,
DIANE QUAADMAN

ATTN MIKE & IMMA       FAX 888 755-0945

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ILLINOIS

Plaintiff, DIANE QUAADMAN, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DIANE QUAADMAN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____11/22/10_____          _____[signature]_____
Date                          DIANE QUAADMAN

# **<u>Exhibit A</u>**

RETURN MAIL ADDRESS
FOR POST OFFICE USE ONLY
PO Box 101145
Birmingham AL 35210-6145

**Zwicker & Associates, P.C.**
Attorneys At Law



21774-15   57***AUTO**MIXED AADC 350
DIANE D QUAADMAN

Attorneys:

MyXuan McClure Koski
*IL Bar*

Paul W. Zwicker
*MA Bar*

Robert W. Thuotte
*MA Bar*

William H. Harris
*MA & NH Bars*

Mireille H. Vartanian
*MA Bar*

Barbara A. Carnevale
*MA Bar*

Jennifer L. Bockstahler
*MA Bar*

Trevor Clement
*MA Bar*

Eleanore Hargreaves
*MA & NH Bars*

Erin M. Reczek
*MA Bar*

James Ballentine
*MA Bar*

Raymond J. Lee
*CA Bar*

W. John Lo
*CA Bar*

Arthur Tessimond
*CA, MA & NH Bars*

Andrew J. Dick
*NY & FL Bars*

Steven V. Sorg
*KY & OH Bars*

Denise D. Arnold
*GA & WV Bars*

Cecily J. McLeod
*GA Bar*

Dwight Baylor
*AZ & VA Bars*

M'Cori Van Ess
*AZ Bar*

Brian Szilvasy
*FL Bar*

Christopher D. Osborn
*TX Bar*

Shannon M. Pawley
*MI Bar*

Traci Kern
*MI Bar*

Andrew S. Lerner
*MD, DC, PA, & WV Bars*

Gregory Walz
*MD & DC Bars*

Kevin M. Hughes
*CT & MA Bars*

Roy D Ruggiero
*NJ & PA Bars*

**_Personal and Confidential_**

12/15/2009
File ID: 3652271
Re: Chase Bank USA, N.A
Account No: ████████4983 [1,2]         Balance: ████

Dear DIANE D QUAADMAN:

This law firm has been retained by the above-named creditor to assist it in the collection of the funds you owe on the above-referenced account. As of the date of this letter, the balance on your account is ████

This letter was created following a limited review of your account data, and at this time, no attorney with this firm has personally reviewed the particular circumstances of your account. However, if you fail to contact this office, our client may consider additional remedies to recover the balance due.

*Please note that unless you dispute said debt, or any portion thereof, within thirty (30) days of your receipt of this letter, this office shall assume the validity of this debt. Upon your written notification within such thirty-day period that this debt, or any portion thereof, is disputed, this office shall obtain verification of the debt or a copy of a judgment, if any, against you and mail you a copy of such verification or judgment. Furthermore, upon your written request within said thirty-day period, this office shall provide you with the name and address of the original creditor, if different from the current creditor.*

This firm is a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose.

Please contact this office to discuss repayment with Jason Houle, one of our non-attorney account managers.

Very truly yours,

ZWICKER & ASSOCIATES, P.C.

1 Important notices appear on the back of this letter. Please read them as they may affect your rights.
2 Colorado residents: please read important notice on the back of this letter.

***PLEASE SEND ALL PAYMENTS AND CORRESPONDENCE TO THE ADDRESS BELOW***
Zwicker & Associates P.C.   ◆   80 Minuteman Rd   ◆   Andover, Massachusetts 01810-1008
Tel: (800) 370-2251 / (978) 686-2255    ▲    NY City Residents Only: (877) 369-4531

CNL001